Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| RACHEL RASMUSSEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware Corporation<br><br>Defendant. | Case No. 2:24-cv-00278-JLR<br><br>**[PROPOSED]** ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |

THIS MATTER came before the Court upon Defendant The Boeing Company's and Plaintiff Rachel Rasmussen's Joint Motion for Extension of Time. The Court finds that good cause exists to extend the deadline for Defendant The Boeing Company to file an Answer in response to Plaintiff Rachel Rasmussen's Complaint. Therefore, the Court hereby ORDERS that the Joint Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the Answer deadline shall be extended from March 28, 2024 to April 11, 2024; and that the Clerk will update the Case Docket to reflect this newly-agreed upon Case Deadline:

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

//

//

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 1
Case No. 2:24-cv-00278-JLR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

DATED: March 28, 2024

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

*Presented by:*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
   Laurence A. Shapero, WSBA #31301
   1201 Third Avenue, Suite 5150
   Seattle, WA 98101
   Phone: 206-876-5301
   Fax: 206-693-7058
   Email: laurence.shapero@ogletree.com

   *Attorneys for The Boeing Company*

BLOOM LAW PLLC

By: */s/ Beth Bloom*
By: */s/ Jay Corker Free*
   Beth Barrett Bloom, WSBA #31702
   Jay Corker Free, WSBA #51393
   3827-C South Edmunds Street
   Seattle, WA 98118
   Phone: (206) 323-0409
   Email: bbloom@bloomlawpllc.com
         jfree@bloomlawpllc.com

   *Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 2
Case No. 2:24-cv-00278-JLR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058